UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 12-CR-20055-PCH

UNITED STATES OF AMERICA,

v.

FELIX ANTONIO MUNOZ, RAMOND
ANTONIO CRUZ IZQUIERDO, and
JOSE FERNANDO BETANCOURT
CAICEDO
      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendants's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Barry L. Garber on June 8, 2012. A Report and Recommendation filed on June 13, 2012 recommended that the Defendants's plea of guilty be accepted. The Defendantd and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber, is hereby adopted and approved in its entirety. The Defendants are adjudged guilty as to the lesser included charge in Count 2 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this 2<sup>d</sup> day of July, 2012.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record